408 P.2d 150

Preston H. COLBY, a/k/a Preston Strunk, Relator,

v.

John B. McMANUS, Jr., District Judge, Second Judicial District Division I, Respondent.

No. 8040.

Supreme Court of New Mexico.

Dec. 8, 1965.

Ordered that the alternative writ of prohibition heretofore issued herein on November 23, 1965, be and the same is hereby made permanent.

408 P.2d 150

Clifford KIZER, Petitioner,

v.

George L. REESE, Jr., District Judge, Respondent.

No. 8042.

Supreme Court of New Mexico.

Dec. 1, 1965.

Ordered that the petition for alternative writ of prohibition be and the same is hereby denied.